UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Olandio Ray Workman,<br>*Plaintiff*<br>v.<br><br>John Vandermosten; NFN Bodiford; John Couch; Greenville County Council,<br>*Defendant*s | )<br>)<br>)<br>)<br>) | Civil Action No.   6:17-cv-02832-RBH |
|---|---|---|

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Olandio Ray Workman, shall take nothing of the defendants; John Vandermosten, NFN Bodiford, John Couch, and Greenville County Council, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Kevin F. McDonald, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   April 19, 2018

ROBIN L. BLUME, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*